In the Matter of the Application of THE CORPORATION COUNSEL OF THE CITY OF NEW YORK, etc., Closing of Old Third Avenue, Formerly Old Fordham Avenue, etc., in the Borough of The Bronx, City of New York. JOSEPH F. FETYK, as Executor, and Others; CITY OF NEW YORK and Others.— Motion for reargument denied. [See ante, p. 939.] Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.